■ JULES HONIG, Respondent, v. JOY-SEE FASHIONS, INC., Appellant.— Order of the Supreme Court, Kings County, dated December 11, 1973, affirmed,

with $20 costs and disbursements. No opinion. The examination before trial shall proceed at the place directed in the order under review at a time to be specified in a written notice of not less than 10 days, to be given by plaintiff, or at such other time and place as may be agreed by the parties. Martuscello, Acting P. J., Christ, Brennan, Benjamin and Munder, JJ., concur.